UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MARIO GARCIA PEREZ, | No. 1:26-cv-02571-DAD-JDP |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| WARDEN, MESA VERDE DETENTION FACILITY, | |
| Respondent. | (Doc. Nos. 1, 9) |

Petitioner Santos Mario Garcia Perez, A-File No. 216-688-303, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 9.)  Specifically, the magistrate judge found that petitioner's re-detention without a bond hearing violated his due process rights.  (*Id.* at 2–6.)  The magistrate judge further determined that the appropriate remedy is petitioner's immediate release.  (*Id.* at 6–8.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8.)

1

On May 10, 2026, respondent submitted objections in which it objects for the reasons set forth in its previously filed briefing. (Doc. No. 10.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.

For the reasons explained above:

1. The findings and recommendations issued on May 8, 2026 (Doc. No. 9) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Santos Mario Garcia Perez, A-File No. 216-688-303, from respondent's custody on the same conditions he was subject to prior to his re-detention on March 11, 2026;

   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner no less than seven days' notice and a pre-deprivation bond hearing before an immigration judge at which the government shall bear the burden of justifying petitioner's detention by clear and convincing evidence;

3. The Clerk of the Court is directed to serve this order on the Mesa Verda Detention Facility; and

4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 20, 2026**                          _Dale A. Drozd_____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

2